UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JESSE ARROBEULLO,
on behalf of himself and
all others similarly situated,

        Plaintiff,

v.

POCLAIN HYDRAULICS, INC.,

        Defendant

Case No. 22-cv-1096

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs or attorneys' fees to either party.

Dated this 14th day of June, 2023

| | |
|---|---|
| **s/ *David M. Potteiger*** | **s/ *Christopher K. Schuele*** |
| James A. Walcheske, SBN 1065635 | Robert S. Driscoll, SBN 1071461 |
| Scott S. Luzi, SBN 1067405 | Christopher K. Schuele, SBN 1093960 |
| David M. Potteiger, SBN 1067009 | |
| | |
| Walcheske & Luzi LLC | Reinhart Boerner Van Deuren SC |
| 235 North Executive Drive, Suite 240 | 1000 North Water Street, Suite 1700 |
| Brookfield, Wisconsin 53005 | Milwaukee, WI 53202 |
| | |
| Telephone: (262) 780-1953 | Telephone: (414) 298-1000 |
| Email: jwalcheske@walcheskeluzi.com | Email: rdriscoll@reinhartlaw.com |
| Email: sluzi@walcheskeluzi.com | Email: cschuele@reinhartlaw.com |
| Email: dpotteiger@walcheskeluzi.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |